# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## BILL OF COSTS

C.A. **13-3332 AND 13-3539 CONSOLIDATED**

Caption: **WASHINGTON v. CNSI/AMTRAK**

| Cost Taxable | AMOUNT REQUESTED | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost |
| Docketing Fee $450.00 | | | | | | | $450.00 | |
| Brief | | | | | | | | |
| Reply Brief | | | | | | | | |
| Appendix | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | TOTAL | $450.00 | $ |

Brief Produced by Reproduction: ☐     Brief Produced by Photocopy: ☐
    In House: ☐
    Commercial: ☐

**Unless document was produced by in house photocopy, receipts must be attached.**

I, **HOWARD LEE WASHINGTON** do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

_Howard Lee Washington_     11/28/14
Signature                    Date
Attorney for: _____

**A certificate of service must accompany this form.**

**For Court Use Only**

After review, it is ordered that costs will be taxed in the amount of $ _____.

Marcia M. Waldron, Clerk

By: _____
    Deputy Clerk                    Date: _____

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| HOWARD LEE WASHINGTON,<br>Appellant<br><br>v.<br><br>CLIENT NETWORK SERVICES, INCORPORATED (CNSI),<br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), Et al.,<br>Appellees | On Appeal from the United States District Court for the District of Eastern Pennsylvania (Philadelphia)<br>(D.C. No. 2-11-cv-01331)<br>Senior District Judge: Honorable Thomas O'Neill<br><br>No. 13-3332 and 13-3539 (Consolidated) |

CERTIFICATE OF SERVICE OF BILL OF COSTS

1. **APPELLANT CERTIFIES SERVICE OF BILL OF COST UPON APPELLEES CNSI AND AMTRAK.**

    A. Appellant, Howard Lee Washington hereby certifies that a copy of the attached Bill of Costs has been severed upon Appellees CNSI and Amtrak.
    B. Appellant does not have receipts and unless otherwise determined to be entitled to additional amount is requesting the Docketing Fee.

Respectfully submitted,

_Howard Lee Washington_   November 28, 2014
Howard Lee Washington, Appellant, pro se
Post Office Box 34248, Philadelphia, Pennsylvania 19101, 267-935-9856, desktoptechnician@yahoo.com

----

**CERTIFICATE OF SERVICE**: I certify that a true copy of this document (and any attachments) have been served to Amtrak's attorney William J. Delany, Morgan, Lewis & Bockius LLP 1701 Market Street Philadelphia, Pennsylvania 19103, and to CNSI's attorney William K. Pelosi, Litchfield Cavo, LLP 1880 Chapel Avenue West, Suite 360 Cherry Hill, New Jersey 08002 via regular United States mail on: November 28, 2014.